| | |
|---|---|
| HADDON, MORGAN AND FOREMAN, P.C. | LAW OFFICE OF JOHN D. CLINE |
| Harold A. Haddon (HH-3929) | John D. Cline (JC-7132) |
| (ADMITTED PRO HAC VICE) | (ADMITTED PRO HAC VICE) |
| Saskia A. Jordan (SJ-8927) | K.C. Maxwell (KM-8102) |
| (ADMITTED PRO HAC VICE) | (ADMITTED PRO HAC VICE) |
| 150 E. 10th Avenue | 115 Sansome Street, Suite 1204 |
| Denver, CO  80203 | San Francisco, CA  94104 |
| Tel:  303-831-7364 | Tel:  415-322-8319 |
| Fax:  303-832-2628 | Fax:  415-524-8265 |

Michael E. Tigar
(OF COUNSEL)
552 Fearrington Post
Pittsboro, NC 27312
Tel:  202-549-4229

*Attorneys for Defendant*
*Frederic A. Bourke, Jr.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

UNITED STATES OF AMERICA,

    PLAINTIFF,

V.

FREDERIC BOURKE, JR.,

    DEFENDANT.

**NOTICE OF MOTION AND MOTION OF FREDERIC A. BOURKE, JR. FOR NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE**

**05 Cr. 518 (SAS)**

-------------------------------------------------X

    PLEASE TAKE NOTICE that upon the accompanying memorandum of law, declaration, and exhibits, defendant Frederic A. Bourke, Jr. will move this Court before

the Honorable United States District Judge Schira A. Scheindlin, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order granting a new trial based on newly discovered evidence under Fed. R. Crim. P. 33 and the Due Process Clause of the Fifth Amendment.

Dated: March 9, 2011

Respectfully submitted,

*s/ Harold A. Haddon*
Harold A. Haddon
*ADMITTED PRO HAC VICE*
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Tel:	303-831-7364
Fax:	303-832-2628

*s/ John D. Cline*
John D. Cline (JC-7132)
K.C. Maxwell (KM-8102)
*ADMITTED PRO HAC VICE*
Law Office of John D. Cline
115 Sansome Street, Suite 1204
San Francisco, CA 94104
Tel: 415-322-8319
Fax: 415-524-8265

Michael E. Tigar
*(OF COUNSEL)*
552 Fearrington Post
Pittsboro, NC 27312
Tel: 202-549-4229

*Attorneys for Frederic A. Bourke, Jr.*