Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

UNITED STATES OF AMERICA

v.

FREDERIC BOURKE, JR.,

    DEFENDANT.

------------------------------------------------------X

**STIPULATED ORDER**

**05 Cr. 518 (SAS)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/12

    This Stipulated Order is entered into between Frederic Bourke, Jr., his counsel, and the Government to address the status of the District Court record in the above-captioned matter. The documents described in this stipulation will be held by the attorneys of record until requested by the United States Court of Appeals for the Second Circuit.

    It is stipulated and agreed that the following documents will be added to the record:

| | DATE | DESCRIPTION |
|---|---|---|
| 1. | 7/8/09 | Court Exhibit 2, note from jurors during deliberations |
| 2. | 7/9/09 | Court Exhibit 5, note from jurors during deliberations |
| 3. | 11/7/11 | Letter from Michael E. Tigar to Harry A. Chernoff and Jonathan Kolodner (with copy to The Hon. Shira Scheindlin) and attachments thereto |

|    | DATE     | DESCRIPTION                                                                                                                                                                                                 |
|----|----------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 4. | 11/10/11 | Letter to The Hon. Shira Scheindlin from Chernoff in response to 11/7/11 Tigar letter                                                                                                                       |
| 5. | 11/10/11 | Defendant's Exhibit A, tendered to the Court during the November 10, 2011 hearing on *Motion of Frederic A. Bourke, Jr. for New Trial Based on Newly Discovered Evidence*                                    |
| 6. | 11/10/11 | Defendant's Exhibit B, tendered to the Court during the November 10, 2011 hearing on *Motion of Frederic A. Bourke, Jr. for New Trial Based on Newly Discovered Evidence*                                    |
| 7. | 11/16/11 | Letter from Michael E. Tigar to The Hon. Shira Scheindlin requesting that Defendant's Exhibits A and B from November 10, 2011 hearing on *Motion of Frederic A. Bourke, Jr. for New Trial Based on Newly Discovered Evidence* be included in the record |

SO STIPULATED BY THE ATTORNEYS OF RECORD THIS 27th DAY OF March, 2012.


Harold A. Haddon
Saskia A. Jordan
*ADMITTED PRO HAC VICE*
HADDON, MORGAN AND FOREMAN, P.C..
150 East 10th Avenue
Denver, CO 80203
Phone:  303.831.7364

*Attorneys for Frederic Bourke, Jr.*

PREET BHARARA
United States Attorney
By: Iris Lan
      Harry A. Chernoff
Assistant United States Attorney
Phone:  (212) 637-2481

2

| 4. | 11/10/11 | Letter to The Hon. Shira Scheindlin from Chernoff in response to 11/7/11 Tigar letter |
| 5. | 11/10/11 | Defendant's Exhibit A, tendered to the Court during the November 10, 2011 hearing on *Motion of Frederic A. Bourke, Jr. for New Trial Based on Newly Discovered Evidence* |
| 6. | 11/10/11 | Defendant's Exhibit B, tendered to the Court during the November 10, 2011 hearing on *Motion of Frederic A. Bourke, Jr. for New Trial Based on Newly Discovered Evidence* |
| 7. | 11/16/11 | Letter from Michael E. Tigar to The Hon. Shira Scheindlin requesting that Defendant's Exhibits A and B from November 10, 2011 hearing on *Motion of Frederic A. Bourke, Jr. for New Trial Based on Newly Discovered Evidence* be included in the record |

SO STIPULATED BY THE ATTORNEYS OF RECORD THIS ___ DAY OF _____, 2012.

Harold A. Haddon
Saskia A. Jordan
*ADMITTED PRO HAC VICE*
HADDON, MORGAN AND FOREMAN, P.C.,
150 East 10th Avenue
Denver, CO 80203
Phone: 303.831.7364

*Attorneys for Frederic Bourke, Jr.*

PREET BHARARA
United States Attorney
By: Iris Lan
 Harry A. Chernoff
Assistant United States Attorney
Phone: (212) 637-2481

2

SO ORDERED this _2_ day of _April_, 2012.

_____
Shira A. Scheindlin, U.S.D.J.