UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

UNITED STATES OF AMERICA,

V.

FREDERIC BOURKE, JR.,

    DEFENDANT.

------------------------------------------------

05 Cr. 518 (SAS)

[PROPOSED] ORDER

THE COURT hereby ORDERS as follows:

1. Defendant Frederic A. Bourke's petition for certiorari has been denied by the United States Supreme Court.

2. Therefore, the U.S. Marshal shall obtain a designation of placement for Mr. Bourke from the Bureau of Prisons.

3. In light of the fact that Mr. Bourke resides in Colorado with his life partner and that his son and daughter-in-law are also Colorado residents, it is recommended that Mr. Bourke be designated to the camp at FCI Englewood (Colorado).

4. Mr. Bourke is to surrender at the designated facility ~~within 10 days after the Bureau of Prisons designates the facility, or~~ by May 10, 2013~~, whichever is later~~.

SO ORDERED: 4/22/13
New York, New York

_____
The Honorable Shira A. Scheindlin
United States District Court Judge